Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of fishing reels with two spools similar in all material respects to those the subject of *United States* v. *Charles Garcia & Co., Inc.* (48 C.C.P.A. 140, C.A.D. 780), the claim of the plaintiff was sustained.

**No. 66913.**—Impecco, Ltd. *v.* United States, protests 284884–K and 303859–K (Portland, Oreg.).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of fishing reels with two spools similar in all material respects to those the subject of *United States* v. *Charles Garcia & Co., Inc.* (48 C.C.P.A. 140, C.A.D. 780), the claim of the plaintiff was sustained.

**No. 66914.**—Charles R. Gracie & Sons, Inc. *v.* United States, protest 60/29241 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of Shoji panels similar in all material respects to those the subject of *United Enterprises et al.* v. *United States* (41 Cust. Ct. 73, C.D. 2023), the claim of the plaintiff was sustained.

**No. 66915.**—Novelty Import Co., Inc. *v.* United States, protest 61/16997 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic back scratchers the same in all material respects as those the subject of *Ignaz Strauss & Co., Inc., et al.* v. *United States* (45 Cust. Ct. 161, C.D. 2218), the claim of the plaintiff was sustained.